

440 Stevens Avenue, Suite 100
Solana Beach, California 92075

O | (858) 380-4683
F | (858) 492-0486
www.deangazzo.com

March 8, 2024

Writer's Direct Contact
(858) 264-4938
lroistacher@deangazzo.com

Molly Dwyer, Clerk of Court
Office of the Clerk,
U.S. Court of Appeals for the
Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:  *Sacramento Homeless Union, et al. v. City of Sacramento*,
            No. 23-16123;
            Response to ACLU Rule 28(j) Letter

Dear Court Clerk:

Amicus ACLU cites this Court to *Coalition on Homelessness v. City & Cnty. of S.F.*, 90 F.4th 975 (9th Cir. 2024), which ACLU says supports an argument it made on pages 4 and 5 of its brief regarding some sort of waiver by the City of its appellate arguments regarding *Monell* liability. The argument in the brief is not entirely clear. But whatever waiver argument ACLU makes, this Court does not consider it because it was not made by the appellants, *see* Appellees' Brief, pages 17-18, 30-33 (Doc. 21). *United States v. Gementera*, 379 F.3d 596, 607 (9th Cir. 2004); *Swan v. Peterson*, 6 F.3d 1373, 1383 (9th Cir. 1993).

Moreover, as Judge Bumatay observed in his dissent in *Coalition*: "'As the Supreme Court has as made clear, it is claims that are deemed waived or forfeited, not arguments.' *United States v. Pallares-Galan*, 359 F.3d 1088, 1095 (9th Cir. 2004) (citing *Yee v. City of Escondido*, 503 U.S. 519, 534, 112 S. Ct. 1522, 118 L. Ed. 2d 153 (1992)). [The City] can

Molly Dwyer, Clerk of Court
Office of the Clerk
Re: *Sacramento Homeless Union, et al. v. City of Sacramento*,
No. 23-16123; Response to ACLU Rule 28(j) Letter
March 8, 2024
Page 2

make any argument in support of its claims on appeal—it is 'not limited to the precise arguments [it] made below.' *Allen v. Santa Clara Cnty. Corr. Peace Officers Ass'n*, 38 F.4th 68, 71 (9th Cir. 2022) (simplified)." *Coalition*, 90 F.4th at 999 (Bumatay, J., dissenting).

Finally, the issue this Court found waived in *Coalition* was a purely factual issue that required further development of the record. *Id.* at 977. The *Monell* arguments need no further factual development.

Very truly yours,

*/s/ Lee H. Roistacher*

Lee H. Roistacher

LHR/mek

# CERTIFICATE OF SERVICE

Re: *Sacramento Homeless Union, et al. v. City of Sacramento, et al.*
United States Court of Appeals for the Ninth Circuit
Case No. 23-16123
USDC Case No. 2:22-cv-01095-TLN-KJN

I, Maria E. Kilcrease, declare:

That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 440 Stevens Avenue, Suite 100, Solana Beach, California 92075 and my electronic address is mkilcrease@deangazzo.com.

On March 8, 2024, I served the following documents described as:

**RESPONSE TO ACLU RULE 28(J) LETTER**

on all interested parties in this action addressed as follows:

| | |
|---|---|
| Grace L. Pak<br>Sacramento City Attorney's Office<br>4th Floor<br>915 I Street<br>Sacramento, CA 95814-2608<br>Email: glpak@cityofsacramento.org | Gokalp Y. Gurer<br>City of Sacramento<br>City Attorney<br>915 I Street<br>4th Floor<br>Sacramento, CA 95814<br>Email:<br>gurer@cityofsacramento.org |

| | |
|---|---|
| Anthony David Prince<br>Law Offices of Anthony D. Prince<br>2425 Prince St.<br>Berkeley, CA 94 705<br>Email:<br>princelawoffices@yahoo.com | Andrea M. Henson<br>Law Offices of Andrea M. Henson<br>5716 Folsom Boulevard<br>Suite 223<br>Sacramento, CA 95819<br>Email:<br>andrea@ahensonlaw.com |
| Scout Katovich<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>Email: skatovich@aclu.org | Mark E. Merin<br>LAW OFFICE OF MARK E. MERIN<br>1010 F Street<br>Suite 300<br>Sacramento, CA 95814<br>Email: mark@markmerin.com |
| Catherine Ellen Rogers<br>ACLU Foundation of Southern California<br>Suite 200<br>1313 W 8th Street<br>Los Angeles, CA 90017<br>Email: krogers@aclusocal.org | Ellen Marie Van Riper<br>Ellen M. Van Riper, Attorney at Law<br>200 W. Washington<br>13th Floor<br>Suite 1300<br>Phoenix, AZ 85003<br>Email: ellen@evrlaw.com |
| Grayce Zelphin<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111<br>Email: gzelphin@aclunc.org | |

    X    BY ELECTRONIC SERVICE: On the date stated above, I served the documents described above on designated recipients via CM/ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a

member of the bar of this court at whose direction the service was made.

Executed on March 8, 2024, at Solana Beach, California.

*Maria E. Kilcrease*
_____
Maria E. Kilcrease, declarant